# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   15-cv-00868-LTB-KLM

JESSE M. RAMOS,

       Plaintiff,

v.

HAJOCA CORPORATION, d/b/a Dahl Plumbing, a Division of Hajoca Corporation,

       Defendant.
_____

# ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal (Doc 4 - filed July 22, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                   BY THE COURT:

                     s/Lewis T. Babcock
                   Lewis T. Babcock, Judge

DATED:   July 23, 2015